DAVID SCHIFF, Appellant, v. ONE HUNDRED AND NINETY-FIVE BROADWAY CORPORATION, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

PARTOLA MANUFACTURING COMPANY, Appellant, v. CONGRESS WAREHOUSE AND FORWARDING CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MABEL A. LUDLAM, Appellant, v. HENRY A. LUDLAM and Others, Impleaded with WALTER R. HERRICK, Guardian ad Litem, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CLARA E. McMAHON, Individually and as Executrix, etc., of PATRICK H. McMAHON, Deceased, Appellant, v. THE BEEKMAN ESTATE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM AVEDON, Respondent, v. GEM DRESS HOUSE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE C. SPIRO MANUFACTURING COMPANY, Appellant, v. BURNS BROS. MANUFACTURING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ELLEN McGREEVY, Respondent, v. WILLIAM E. MORRELL, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN A. McGREEVY, Respondent, v. WILLIAM E. MORRELL, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE C. WIENER, Respondent, v. WILLIAM E. MORRELL, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARIE L. KERN, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHRISTINA H. BEHRENS, Respondent, v. WALKER D. HINES, as Director General of Railroads, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HENRY R. BERNARD, Respondent, v. GOLDEN GATE MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FRANK K. STURGIS and Others, Composing the Firm of STRONG, STURGIS